# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT


**No. 26-5355** **September Term, 2026**

**1:26-cv-00865-RC**

**Filed On: November 2, 2026** **[2201401]**

Advocates for Human Rights, et al.,

Appellants

v.

Todd Blanche, in his capacity as Attorney General of the United States Department of Justice, et al.,

Appellees

## ORDER

Upon consideration of appellants' emergency unopposed motion for a one-day extension of the filing deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | November 3, 2026 |
| Appendix | November 3, 2026 |
| Appellees' Brief | December 3, 2026 |
| Appellants' Reply Brief | December 14, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk